FILED 12/8/2015 Supreme Court Middle District
88 MAP 2015

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ELIZABETH S. PAOLUCCI,

          Respondent

          v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

          Petitioner

: No. 556 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal

is **GRANTED**.  The issues are:

(1)    Does the Commonwealth Court's opinion conflict with this Court's precedent in Bortz v. WCAB,[683 A.2d 259 (Pa. 1996),] which recognized the distinct conduct standards in workers' compensation and unemployment compensation adjudications?

(2)    Does the Commonwealth Court's opinion conflict with this Court's precedent in Harkness v. U[nemployment Comp. Bd. of Review 920 A.2d 162 (Pa. 2007),] which emphasized the prompt and informal nature of unemployment compensation proceedings and, therefore, presents a question of such substantial public importance as to require this Court's definitive resolution?